FILED
10/20/23 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re:* | Bankruptcy Case No. 19-23263-GLT |
| **DYNAMIC BUILDING CORP.,** | Chapter 7 |
| Debtor. | |
| **JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE FOR DYNAMIC BUILDING CORP.,** | Adv. No. 21-02091-GLT |
| | Related to Dkt. No. 76 |
| Plaintiff, | Response Deadline: |
| v. | Hearing Date and Time: |
| **JOHN M. HESS** and **DBC CONSTRUCTION, LLC,** | |
| Defendants. | |

**ORDER GRANTING
CONSENT MOTION OF JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE OF THE
ESTATE OF DYNAMIC BUILDING CORPORATION, TO APPROVE SETTLEMENT
PURSUANT TO BANKRUPTCY RULE 9019 AND NOTICE OF ABANDONMENT
PURSUANT TO 11 U.S.C. § 554 AND BANKRUPTCY RULE 6007**

AND NOW, upon consideration of the foregoing Consent Motion of Jeffrey J. Sikirica, Chapter 7 Trustee of the Estate of Dynamic Building Corporation to Approve Settlement (the "Motion"), together with any responses thereto, and with the consent of the Hess Parties[1] and Seven Springs, the Court finds that the proposed settlement is fair, adequate and reasonable, and is in the best interests of the Estate and its creditors, and hereby GRANTS the Motion in all respects. It is further:

---

[1] Unless otherwise defined herein, Capitalized terms shall have the meanings ascribed in the Motion.

ORDERED, that the Settlement Agreement attached to the Motion as Exhibit A is approved in all respects; and it is further

ORDERED, that the Settlement Agreement shall become effective on the date this Order becomes final and non-appealable (the "Effective Date"); and it is further

ORDERED, that the Trustee's fees and expenses in the Bankruptcy Case (including, but not limited to, all fees and expenses related to or resulting from litigation by professionals employed by the Trustee) shall not exceed Two-Hundred and Fifty Thousand Dollars ($250,000.00); and it is further

ORDERED, that upon the Effective Date, the Seven Springs Claim [Claim No. 8-1] shall be reduced and liquidated to the amount of Ten Million Dollars ($10,000,000.00), which shall be deemed allowed in that amount as a general unsecured claim in the Bankruptcy Case; and it is further

ORDERED, that, upon the Effective Date, the claims of Mr. Hess and John R. Hess, Jr. in the Bankruptcy Case [Claim Nos. 7 and 9, respectively] shall be allowed and subordinated to the claims of general unsecured creditors, including but not limited to Seven Springs; and it is further

ORDERED, that upon the Effective Date, the claim of DBC Construction [Claim No. 10] shall be deemed withdrawn; and it is further

ORDERED, that upon the Effective Date, the Trustee, either individually or through counsel, shall notify Mr. Scott M. Hare, counsel for DBC Construction and Mr. Hess, in writing, that the Agreement has become final and non-appealable and shall include appropriate wire or other payment instructions as the Trustee deems appropriate; and it is further

ORDERED, that upon receipt of such written notice, DBC Construction shall make a one-time payment to the Trustee at the designated payment instructions of Five Hundred and Fifty

Thousand Dollars ($550,000.00) (the "Agreed Payment") within three (3) business days after receiving the aforementioned written notification from the Trustee; and it is further

ORDERED, that upon receipt of the Agreed Payment, the Trustee shall abandon all remaining unliquidated assets of the Debtor, which includes, but is not limited to, the computer server that has been at issue in the Bankruptcy Case (together with all copies and images thereof), other unliquidated tangible property, and any unliquidated accounts receivable, and possession and title of all such to-be-abandoned assets of the Debtor shall be transferred and abandoned to DBC Construction; and it is further

ORDERED, that within three (3) business days after the Trustee's receipt of the Agreed Payment, the District Court Action and the Adversary Proceedings shall be dismissed, with prejudice, as to all remaining defendants; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to the Settlement Agreement or this Order.

Dated: October 20, 2023

By the Court,

Gregory␣. Taddonio    **drb**
Chief United States Bankruptcy Judge

## ENTERED BY DEFAULT

The Clerk Shall Close this Adversary

United States Bankruptcy Court

Western District of Pennsylvania

Sikirica, Chapter 7 Trustee for Dynamic,
    Plaintiff

Adv. Proc. No. 21-02091-GLT

Hess,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | DBC Construction LLC, 428 Heights Drive, Gibsonia, PA 15044-6031 |
| pla | + | Jeffrey J Sikirica, Chapter 7 Trustee for Dynamic, 121 Northbrook Drive, Gibsonia, PA 15044-8983 |
| dft | + | John M. Hess, 428 Heights Drive, Gibsonia, PA 15044-6031 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 21 2023 00:00:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 21 2023 00:00:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Oct 21 2023 00:00:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 6

| Name | Email Address |
|---|---|
| Jana S. Pail | on behalf of Defendant DBC Construction LLC jpail@wtplaw.com  llescallette@wtplaw.com |
| Jana S. Pail | on behalf of Defendant John M. Hess jpail@wtplaw.com  llescallette@wtplaw.com |
| Scott M. Hare | on behalf of Defendant John M. Hess share@whitefordlaw.com share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com |
| Scott M. Hare | on behalf of Defendant DBC Construction LLC share@whitefordlaw.com share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com |
| Thomas E. Reilly | on behalf of Plaintiff Jeffrey J Sikirica  Chapter 7 Trustee for Dynamic Building Corp. ecf@tomreillylaw.com |

TOTAL: 5